# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**192**

**CA 11-01357**

PRESENT: CENTRA, J.P., FAHEY, PERADOTTO, CARNI, AND LINDLEY, JJ.

---

KIMBERLY B. ROONEY,
PLAINTIFF-RESPONDENT-APPELLANT,

V                                           MEMORANDUM AND ORDER

JOHN E. ROONEY,
DEFENDANT-APPELLANT-RESPONDENT.
(APPEAL NO. 4.)

---

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (JOHN A. CIRANDO OF COUNSEL), FOR DEFENDANT-APPELLANT-RESPONDENT.

KAMAN, BERLOVE, MARAFIOTI, JACOBSTEIN & GOLDMAN, LLP, ROCHESTER (RICHARD GLEN CURTIS OF COUNSEL), FOR PLAINTIFF-RESPONDENT-APPELLANT.

--------------------------------------------------------------------------------

Appeal and cross appeal from an order of the Supreme Court, Monroe County (John M. Owens, J.), entered June 27, 2011 in a divorce action. The order directed defendant to pay to plaintiff $3,500 for counsel fees related to her defense on her appeals.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Rooney v Rooney* ([appeal No. 3] ___ AD3d ___ [Feb. 17, 2012]).

Entered: February 17, 2012                    Frances E. Cafarell
                                              Clerk of the Court